**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cr-04059-SRB-1 |
| | ) | |
| CHRISTOPHER AARON LEE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending Defendant be found competent to stand trial under 18 U.S.C. § 4241. (Doc. #21). Defendant has not filed objections to the Report and Recommendation.

Accordingly, after an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Whitworth's Report and Recommendation. (Doc. #21).

**IT IS SO ORDERED.**

DATED: January 19, 2017                    /s/ Stephen R. Bough
                                           JUDGE STEPHEN R. BOUGH
                                           UNITED STATES DISTRICT COURT